# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY MAYNARD KREAMER,

    Petitioner,

        v.

MR. MOONEY, et al,

    Respondents.

No. 3:11-CV-1976

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this ___30th___ day of December, 2011, upon review of the report and recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The report and recommendation (Doc. 6) is **ADOPTED.**

(2)    The plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

(3)    The plaintiff's petition (Doc. 1) is **DISMISSED** without prejudice to re-file it after he exhausts his state court remedies.

(4)    The clerk of court is directed to mark this matter **CLOSED**.

 

                           /s/ A. Richard Caputo_____
                           A. Richard Caputo
                           United States District Judge