**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY MAYNARD KREAMER, | CIVIL ACTION NO. 3:11-CV-1976 |
| Petitioner, | |
| v. | (JUDGE CAPUTO) |
| MR. MOONEY, et al., | MAGISTRATE JUDGE BLEWITT) |
| Respondents | |

## ORDER

**NOW** this 14th day of March, 2012, **IT IS HEREBY ORDERED** that a certificate of appealability **SHALL NOT ISSUE**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge