# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MAYNARD KREAMER,<br><br>Petitioner,<br><br>v.<br><br>MR. MOONEY, et al.,<br><br>Respondents | CIVIL ACTION NO. 3:11-CV-1976<br><br>(JUDGE CAPUTO)<br><br>MAGISTRATE JUDGE BLEWITT) |

## **ORDER**

**NOW** this 14th day of March, 2012, **IT IS HEREBY ORDERED** that a certificate of appealability **SHALL NOT ISSUE**.

                                           /s/ A. Richard Caputo
                                           A. Richard Caputo
                                           United States District Judge